786      In re Alleged Food Poisoning of Jack A. Wright in September 1986

| | | |
|---|---|---|
| 88/08/18 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-2), AND CERT. OF SERVICE -- plaintiff Jack A. Wright -- SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA  (cds) |
| 88/08/30 | | APPEARANCE -- I. DONALD WEISMAN, ESQ. for Jack A. Wright (ds) |
| 88/09/02 | | APPEARANCE -- LARRY R. NELSON, ESQ. for Captain's Table Restaurant  (ds) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA  (cds) |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT:  (Hearing on 11/17/88 in New Orleans, Louisiana) -- ALL WAIVED (rh) |
| 88/11/23 | | ORDER DENYING TRANSFER of litigation -- Notified involved clerk, judges, counsel and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 786 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Alleged Food Poisoning of Jack A. Wright in September 1986

## SUMMARY OF LITIGATION

| Hearing Dates 88/11/17 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/23/88 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 11/23/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO.  786  --  In re  Alleged Food Poisoning of Jack A. Wright in September 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jack A. Wright v. Captain's Table Restaurant of Riverside Resort Hotel and Casino | Cal.,C. Tevrizian | CV-87-04722-DT( Bx) | | | | |
| A-2 | Jack A. Wright v. Sutter's Mill Restaurant of Sam's Town Hotel Facility, California Hotel and Casino | Nev. George | CV-S-88-514-LDG | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __786__ -- __In re Alleged Food Poisoning of Jack A. Wright in September 1986__

JACK A. WRIGHT (A-1) & (A-2)
I. Donald Weissman, Esquire
Staitman & Snyder
15760 Ventura Boulevard, Suite 601
Encino, California  91436

CAPTAIN'S TABLE RESTAURANT OF RIVERSIDE
RESORT HOTEL AND CASINO
Larry R. Nelson, Esquire
Borton, Petrini &Conron
624 S. Grand Avenue, Suite 2900
Los Angeles, California  90017

SUTTER'S MILL RESTAURANT OF SAM'S TOWN
HOTEL FACILITY, CALIFORNIA HOTEL AND
CASINO (No App. Rec'd)    *Corr.*
Brian T. Murphy, Esquire    *ret.*
2063 Hassett Avenue
Las Vegas, Nevada  890104