JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 23 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 786

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALLEGED FOOD POISONING OF JACK A. WRIGHT IN SEPTEMBER, 1986

<u>Jack A. Wright v. Sutter's Mill Restaurant of Sam's Town Hotel Facility, California Hotel and Casino</u>, D. Nevada, C.A. No. CV-S-88-514-LDG
<u>Jack A. Wright v. Captain's Table Restaurant of Riverside Resort Hotel and Casino</u>, C.D. California, C.A. No. CV-87-04722-DT(Bx)

ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts: one action each in the District of Nevada and Central District of California. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by plaintiff Jack A. Wright to transfer the Nevada action to the Central District of California for coordinated or consolidated pretrial proceedings with the action pending there. Neither defendant has responded to the motion.

On the basis of the papers filed,[1] the Panel finds that Section 1407 centralization would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See <u>In re Scotch Whiskey Antitrust Litigation</u>, 299 F.Supp. 543 (J.P.M.L. 1969). We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., <u>In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation</u>, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also <u>Manual for Complex Litigation, Second</u>, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).